# UNITED STATES DISTRICT COURT

for the

_____Middle_____ District of __Te__ [▼]

_____ Division

Heather Elizabeth Gordon

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

**08 - 22   04 77**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes  [✔] No

---
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Judge Philip Smith
Attorney Trudy Bloodworth
Major Michael Alan Gordon

---
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Heather Elizabeth Gordon

Address      325 Moncrief Avenue

Goodlettsville      TN      37072
     *City*      *State*      *Zip Code*

County      Davidson

Telephone Number      615 347-6795

E-Mail Address      HockadayHeather@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      Judge Philip Smith  (Presiding Judicial Officer)

Job or Title *(if known)*

Address      1 Public Square Suite 302

Nashville      TN      37201
     *City*      *State*      *Zip Code*

County      Davidson

Telephone Number      615 862 5181

E-Mail Address *(if known)*      Circuitclerksupport@jisnashville.gov

☐ Individual capacity      ☑ Official capacity

Defendant No. 2

Name      Plaintiff's Attorney, Mrs. Trudy Bloodworth

Job or Title *(if known)*

Address      222 Second Ave. N #210

Nashville      TN      37201
     *City*      *State*      *Zip Code*

County      Davidson

Telephone Number      615 250 8000

E-Mail Address *(if known)*      trudy@trudybloodworthattorneys.com

☐ Individual capacity      ☑ Official capacity

Defendant No. 3

    Name                (Active Duty) U.S. Air Force Major Michael Alan Gordon

    Job or Title *(if known)*

    Address           305 Taylor Street

                     Fort Walton    FL      32547-2693

                           *City* Beach     *State*         *Zip Code*

    County          Okaloosa County

    Telephone Number   615-602-7848

    E-Mail Address *(if known)*

    ☑ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                       *City*         *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Please see attached pages.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II  Basis for Jurisdiction
  B. Section 1983
1. Fourteenth Amendment and
   Fifth Amendment Due Process Clause
2. Right to Fundamental Fairness
3. Federal Rule of Civil Procedure 11B
4. (Armed Forces) Title 10 806(b)(1)
5. Fifth Amendment Right to Familial
   Association — Right to Intimate
   Association with son.
6. U.S.C. 18:1512 - Witness Tampering
7. Fourth Amendment
   Right to Be Free From Unreasonable
   Searches and Seizures.
   (Unreasonable seizure and removal
   of my son)

D. Section 1983

1. Judge Philip Smith, acting
under color of TN 37:02
ordered that my pleadings
be stricken from the
record and the judge
granted a default judgment
to my husband (Michael Gordon).
Judge Smith instructed
opposing counsel (Mrs. Trudy Bloodworth)
to file a motion to set for
final hearing. (I submit that
this is a violation of the
Due Process Clause of the
14th Amendment).

D. Section 1983

2. Judge Philip Smith, acting under color of 36-6-106, 36-6-406, 37-1-117 and 37-1-114, issued an, "Order Directing Release of Minor Child". Within an hour, my minor son (H.A.G.) was taken from our home, withdrawn from school in the middle of the semester, and purportedly moved to Florida with the father. (I submit that this is a violation of my 14th Amendment Rights to Familiar Integrity).

(This is also a violation of B4 above (10 USC 806b(a)(1), as H.A.G. was covered by a Military Protective Order against Mr. Gordon, when Judge Smith ordered that my son be released into the custody of Mr. Gordon.)

D. Section 1983

3. Judge Philip Smith acting under color of TN 37:02, 36-6-106, 36-6-406, 37-1-117, 37-1-114 violated the Crime Victim's Statute, 10 US Code 806b, (B4 above) and allowed attorney Bloodworth to violate the same. Judge Smith threatened to jail me for contempt for refusing to answer questions from opposing counsel, Mrs. Bloodworth, regarding separate accusations related to the US Air Force investigation of Major Gordon, accusations that were not part of this divorce case.

D. Section 1983                    (4)

4. TN 36-4-135; and
36-6-114; T.C.A. 29-2-102 —
Attorney, Trudy Bloodworth, filed
Criminal Contempt Charges against
me using these statutes, as
well as accusing me of perjury.
Mrs. Bloodworth advised that
these charges would only be
dropped, if I agreed to withdraw
my Air Force complaint against
Major Gordon. I feel that this
quid pro quo tactic is not only
unethical, it is a violation of the
Crime Victim's Statute.



D  Section 1983

    5. Attorney Bloodworth violated
    Federal Rules of Criminal
    Procedure 11B by making
numerous factual misrepresentations
to the court — such as presenting
incorrect information regarding
Mr. Gordon's income, misleading
information regarding the
Air Force investigation and
Military Protective Order against
Mr. Gordon, and failing to
provide Discovery.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## III. Statement of Claim

A. All events were Court proceedings and or/pleadings related to Davidson County, Tennessee case, 20D-1111.

All court hearings were held in Davidson County Circuit Court - Historic Courthouse 1 Public Square, Nashville, Tennessee, with the exception of the Deposition on August 25, 2021, which was held in part which was held in part at the law office of Attorney, Trudy Bloodworth, and in part at the Davidson County Circuit Court. (Historic Courthouse)

## III Statement of Claim



A. At the Davidson County Order of Protection hearing on December 15, 2020, I was not permitted to present key witnesses-for example, S.M.H., who was later deposed by the US Air Force regarding this incident. Neither of my sons or other family members with knowledge of Mr. Gordon's behavior were allowed to testify, either. The initial Department of Children's Service agent who responded to the scene was no longer working for the DCS. and unable to be located, so she could not testify either.

III Statement of Claim

A. July 9th, 2021 Davidsen County 6th Circuit Court, Modification of Pendente Litum hearing.

On August 25th, 2021 at the conclusion of the Deposition, the judge issued a default judgement against me, striking all my pleadings and depriving me of any right to present proof in the case under color of TN Rule of Civil Procedure 37. After the August 25th hearing, I no longer had counsel because of my inability to pay. Therefore, I had to proceed pro-se for the following hearing on November 9th, 2021.

## III    Statement of Claim

A. November 9th, 2021 — 6th Circuit Court Judge Phil Smith did not allow me to present proof. At the conclusion of the hearing, under color of TN Rule of Civil Procedure, 36:6:112, the judge gave emergency and temporary custody, to the father, Michael Gordon. Since that day, Mr. Gordon and his counsel, have made it impossible for anyone in our family to have any contact with my minor son, H.A.G. (We have not even had a phone call on Thanksgiving, Christmas, New Year's, Easter, his birthday, nothing) He has simply been ripped out of our lives.... Judge Smith finally issued an Agreed Order for Mother to Receive Telephone Calls with the Minor Child on May 31, 2022, howbeit under objectionable →

Continued 

## Statement of Claim
A. terms and after six
months of silence...



## III. Statement of Claim

B. Pleadings during the pendency of this case and — Mediation sessions held with Mediator, Gregory Smith, during the Spring of 2021 — I was being pressured by Attorney Bloodworth to recant accusations I made to Air Force investigators, including sexual abuse of me, by Michael Gordon. These accusations were not part of the pleadings in the divorce. Court hearings.

III  Statement of Claim

B.  December 15th, 2020,
    from about 9 am - 5:15 pm —
Order of Protection Hearing
before Special Master Ballinger.


    July 9, 2021, 9 am docket —
Modification of Pendente
Litum hearing before
Judge Philip Smith.


    August 25th, 2021 starting
at approximately 9 am —
Deposition by Mr. Gordon's
attorney, Trudy Bloodworth,
at Mrs. Bloodworth's law office
and also at the Davidson
County Historic Courthouse.



III. Statement of Claim

B.   November 9th, 2021 starting
at approximately 9 am, in a
divorce hearing where I
appeared Pro Se. At the
Conclusion of the hearing,
Judge Smith granted
emergency custody to the
father (which has remained
in place until this present
time).

III    Statement of Claim (14)

C.  Judge Smith has prevented
    me from presenting key
    witnesses for my case...
    for example, my youngest son,
    H.A.G., my oldest son,
    C.T.H., (grandmother) Elizabeth
    Hockaday, Sofia Hockaday,
    Lee Hockaday, etc.

I have been prevented by Judge
Smith from presenting proof
for my case—my Due Process
Rights have clearly been
violated. I have letters handwritten
and signed by my husband, Major
Michael Gordon, in which he
admits and apologizes for
violence against the children
and me, economic abuse,
and adultery. This material
has been sent to the US Air Force
Special Investigations Division,
who are investigating Major
Gordon. At least two states
have legislation that guarantees

Statement of Claim

C.

both parties the right
to present proof in
child custody matters.

Mrs. Bloodworth lodged
criminal contempt charges
against me, alleging among
other things, that I had
violated an agreed order
enjoining me from contacting
Mr. Gordon's employer/supervisor.
Mrs. Bloodworth filed seven
counts of Criminal Contempt
against me, requesting 10
days in jail for each count.
Mrs. Bloodworth stated that
these charges would only be
dropped, if I agreed to
withdraw my complaint
with the Air Force against
Mr. Gordon.

III        Statement of Claim

C.  Air Force Special Victim's
Counsel, Capt. Erick R.
Bohm, advised me regarding
the divorce case to only
answer questions in a broad
sense and not in detail.
Therefore, I could not
freely answer all the
questions that were posed
to me by Attorney Bloodworth
in the deposition on
August 25, 2021.
As a result, Judge Smith
struck all my pleadings
and issued a default
judgment against me.
Mr. Gordon was never
deposed.



Statement of Claim

C. July 9, 2021 — Modification
of Pendente Litum hearing —
Judge Philip Smith
pressured me to testify
regarding allegations that
were not part of the
divorce case. Specifically,
the judge was pressuring
me to testify about
sexual assault accusations
I had made against
Major Gordon. These
accusations were only
disclosed to Air Force
investigators, and were
not a part of the divorce
case. Mr. Gordon and
Attorney Bloodworth presented
intentionally false financial
and address information
(Income and Expense statements)
to the court, as well as,
misleading and inaccurate
information regarding our
house on Creston Court.

## Statement of Claim

C.

On November 9th, 2021, I appeared pro-se, as I no longer had money to retain an attorney. The judge found that I was a substantial threat of harm to my son and issued an emergency Order Directing Release of the Minor Child to the father, Mr. Gordon. Mr. Gordon took my son out of school and purportedly took him to visit family in Texas and New Mexico, and enrolled him in a public school in Florida. Neither I, nor his grandmother, brother, or cousins have had any contact with him whatsoever since that day. Judge Smith never conducted a custody review hearing within 15 days (as required by Tennessee

## Statement of Claim

C.

How can I still have custody of my other son, C.T.H., if H.A.G. is under a substantial risk of harm in my custody?

That same day (11-9-2021) the judge declared that I was a substantial flight risk with my son, H.A.G. My son, C.T.H. and I still live at the same house in the same county (Davidson) with my mother, (the childrens grandmother). C.T.H. still attends the same school that he and his brother, H.A.G. attended before he was withdrawn from his school. The principal of their school testified in the Order of Protection hearing that she noticed



Statement of Claim

C.

bruises on H. A. G., on his face. She asked H. A. G. what happened and he said that his father had hit him.

Mr. Gordon presented two documents from Air Force Advocacy stating that the accusations against Mr. Gordon did not meet the criterion for physical violence. Mrs. Bloodworth falsely purported before the court that these documents were proof that Major Gordon had been exonerated by the Air Force. The truth is, Family Advocacy, is not a party to the investigation and has neither investigative nor adjudicative authority over the criminal investigation of Major Gordon.



# Statement of Claim

C.

This was an intentional misrepresentation to the court.

These Orders were made by Judge Smith without Major Gordon ever being subjected to cross-examination. I was the only person deposed for this case.

Mrs. Bloodworth is the chairperson of Judge Smith's fundraising committee for his reelection campaign....



## IV. Injuries

Emotional trauma of an 8 hour Order of Protection hearing with incompetent representation and inadequate breaks. Mr. Gordon was not questioned at this hearing. I was billed about 13,000 for legal representation for this hearing. (Now, with interest, I owe $20,000 for this hearing.) As I was unable to pay, a lien has been placed against our (marital) home on Creston Court. A subsequent attorney that I had for a short time placed another lien on our marital home.

## IV Injuries

(23)

Mr. Gordon and I participated in the Air Force Exceptional Family Member program due to my Chiari I condition and resulting brain surgery. As a result, I now have a small metal plate on the back of my head at the base of my skull. I was ridiculed and insulted by Attorney Bloodworth during the August 25th and November 9th, 2021, proceedings with the acquiescence of Judge Smith. Though I earned a total of less than $ 2,000 during a 10+ year marriage, opposing counsel has ammended the plantiff's pleadings (after the default judgment was entered against me) and Mr. Gordon was given temporary custody of our son,

IV    Injuries

and is now requesting that Mr. Gordon be designated as permanent residential parent of our son — with zero days of visitation for me (the mother)... Mr. Gordon (through his counsel, Trudy Bloodworth), is now requesting that I pay child support to him based on a "projected potential future income" of about $2,500 a month. Mr. Gordon is also requesting that I be held responsible for his attorney's fees (when I can't even pay own attorney's fees accrued during this protracted case. (All of my financial support ended in January of 2022 because Judge Smith granted a motion from Mrs. Trudy Bloodworth to end Pendente Litum to me.) Mr. Gordon was already given sole possession of the marital home in the late summer of 2021. In his ammended pleadings Mr. Gordon is also requesting sole interest in our marital home.



## IV Injuries

Mr. Garden also wants to exclude me from my portion of his military retirement after I have lived all over the country (on and off Air Force bases) with him and raised his son while he was on active duty and away from home for months at a time.

Since all my pleadings have been stricken and a default judgement has been entered against me, I have no recourse. Since I cannot present evidence - any proof for the record, for all intents and purposes, an appeal of this custody/divorce case to the (Tennessee) Court of Appeals would have a zero percent chance of success, since the Appeals Court

IV   Injuries

→   only reviews
    the record — and I
have nothing on the
record — so I have no
appeal either. Hence,
I present this complaint
before this Honorable
District Court for the
Middle District of Tennessee.
Being a U.S. citizen and
military spouse, and
mother of two, with no
criminal record whatsoever,
I have been stripped of
my rights, my dignity,
left destitute, and worst
of all, my son that I gave
birth to and raised (much
of the time without Mr.
Gordon's presence) has
been taken from me...
in the United States of
America... Please do
justice for me!



# V. Relief

- Recuse Judge Phil Smith from this case - as opposing counsel, Mrs. Trudy Bloodworth, is a former legal assistant for Judge Smith and is the chairman of Judge Smith's fundraising campaign staff for the upcoming judicial elections.

- Reverse Judge Smith's Order declaring a Default Judgment against me and striking my pleadings.

- Reverse Judge Smith's Order giving the father emergency custody and declaring him the primary residential parent - and enjoin any future Order declaring Mr. Gordon the primary residential parent on a temporary or permanent basis.

## V. Relief

- Order a new divorce trial.

- Order that defendant(s) be responsible for all legal fees incurred in the Davidson County divorce case (20D-1777) inasmuch as my constitutional rights were violated.

- Order that I be awarded 50% interest in our marital home on Creston Court in Hermitage, TN.

- Order that I receive a fair portion of Mr. Gordon's military retirement.

- Any other relief that you find just and equitable and to which I have a constitutional right.



Thank you very much
for your time and
consideration,

HEATHER ELIZABETH GORDON

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *June 23, 2022*

Signature of Plaintiff    *Heather Elizabeth Gordon*

Printed Name of Plaintiff    *Heather Elizabeth Gordon*

### B.   For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____